I.D. 06184818                                                                                            File No.: 3900-375

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| **INNOVATIVE SPORTS MANAGEMENT, INC.** ) <br> **d/b/a INTEGRATED SPORTS MEDIA, INC.,** ) <br> ) <br>                 **Plaintiff,** ) <br> v.                                     ) <br> ) <br> **EWA A. CIEPIASZUK, indv. and d/b/a** ) <br> **SHORTSTOP, INC. d/b/a JESSE'S SHORTSTOP**) <br> **INN and SHORTSTOP, INC. d/b/a JESSE'S** ) <br> **SHORTSTOP INN,** ) <br>               **Defendants.** ) | No. 2012-cv-7774 |

**<u>PLAINTIFF'S AMENDEDMOTION TO REINSTATE AND ENTER AN ORDER OF JUDGMENT AGAINST THE DEFENDANTS</u>**

      NOW COME the Plaintiff, INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, INC., and respectfully requests that this Court Reinstate this matter against Defendants, EWA A. CIEPIASZUK, indv. and d/b/a SHORTSTOPO, INC. d/b/a JESSE'S SHORTSTOP INN and SHORTSTOP, INC. d/b/a JESSE'S SHORTSTOP INN, and in support thereof, states as follows:

      1.     That on January 29, 2013, this matter was dismissed without prejudice by this Honorable Court, with leave to reinstate on or before September 30, 2013.

      2.     That a Settlement Agreement was entered into by both parties wherein which the Defendant would pay a total of $5,000.00 to the Plaintiff. Payments in the amount of $500.00 were to be made on or before the 1st of each month beginning on December 1, 2012 and continuing through September 1, 2013. <u>See</u> attached Exhibit A.

      3.     As of the filing of this motion, Defendant has paid Plaintiff a total of $2,500.00 towards the $5,000.00 settlement. Additionally, Defendant has not made a payments since May of 2013.

      5.     That pursuant to the Settlement Agreement, Defendant currently owes Plaintiff a total amount of $2,500.00 plus attorney's fees in the amount of Six Hundred and 00/100 ($600.00). <u>See</u> attached Affidavit Exhibit B.

6. Additionally, pursuant to the Settlement Agreement, Defendants agreed to pay a $3,000.00 penalty fee should they default in payment. See attached Settlement Agreement.

**WHEREFORE**, Plaintiff, INNOVATIVE SPORTS MANAGEMENT, INC. d/b/a INTEGRATED SPORTS MEDIA, INC., prays this Honorable Court enter an order to Reinstate this case against Defendants, EWA A. CIEPIASZUK, indv. and d/b/a SHORTSTOPO, INC. d/b/a JESSE'S SHORTSTOP INN and SHORTSTOP, INC. d/b/a JESSE'S SHORTSTOP INN, and enter an Order for Judgment in the amount of Two Thousand Five Hundred and 00/100 ($2,500.00) plus attorney's fees in the amount of Six Hundred and 00/100 ($600.00) and Three Thousand and 00/100 ($3,000.00) in penalty fees for a total Judgment in the amount of Six Thousand and 00/100 ($6,100.00) and for any additional relief for Plaintiff this Honorable Court deems just.

                s/Andre Ordeanu
                Andre Ordeanu

## CERTIFICATE OF SERVICE

I, Andre Ordeanu, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on September 25, 2013, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                s/ Andre Ordeanu
                Andre Ordeanu

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 501
Chicago, Illinois 60654
(312) 245-0031
(312) 245-0022 - Fax